Print

# **Time of Printout:** 2026-10-18 8:32 AM Eastern Daylight Time

U.S. Customs and Border Protection

## Official Trusted Traveler Program Website | Department of Homeland Security

<

GLOBAL ENTRY
TRUSTED TRAVELER NETWORK

Oct 17, 2026

RE: Your Global Entry Program Membership #163535941

Dear MUHAMMAD IMAM:

Thank you for your participation in the Global Entry program of U.S. Customs and Border Protection (CBP).

Global Entry is a voluntary program available to travelers that pass a comprehensive background investigation. Applicants found to be ineligible for Global Entry participation may still be permitted to enter into the United States although they will not be permitted to use the Global Entry dedicated lanes.

We regret to inform you that your membership in Global Entry has been revoked for the following reason(s):

You do not meet the Trusted Traveler standard.

If you believe the decision was based upon **inaccurate or incomplete information**, you may be eligible to request reconsideration through the Trusted Traveler Program application website: https://ttp.dhs.gov/.

Reconsideration Requests and attachments to the Ombudsman should be in English and must include the following details:

1. Date of denial and denial reason(s) from this letter
2. Summary of information to further clarify a record or explain an incident or arrest;
3. Court disposition documentation in PDF format for all arrests or convictions, even if expunged; and/or
4. Other supporting documentation you feel may influence the Ombudsman's decision. Supported formats: PDF, DOCX, DOC, PNG, JPEG, and GIF.

While CBP cannot always disclose the exact reason for a denial or revocation of a TTP status, individuals may still request reconsideration even if they do not know the reason for their denial / revocation. TTP Ombudsman will consider all available information when evaluating the individual's eligibility for TTP. The review by the Ombudsman will be based on the information provided by you and should include any information to further clarify a record, explain an incident or arrest, or show the disposition of criminal charges. Please remember that the following circumstances may make you ineligible for participation:

- The applicant provides false or incomplete information on the application;
- The applicant has been arrested for, or convicted of, any criminal offense or has denied firearms transactions, pending criminal charges, protection orders, or outstanding warrants in any country;
- The applicant has been found in violation of any customs, immigration, or agriculture regulations, procedures, or laws in any country;
- The applicant is the subject of an investigation by any federal, state, or local law enforcement agency in any country;
- The applicant is inadmissible to the United States under applicable immigration laws or has, at any time, been granted a waiver of inadmissibility or parole;
- The applicant is known or suspected of being or having been engaged in conduct constituting, in preparation for, in aid of, or related to terrorism; or
- The applicant cannot satisfy CBP of his or her low-risk status or meet other program requirements.

If you do not know why you were denied, you may submit a question to the U.S. Customs and Border Protection (CBP) Information Center via https://help.cbp.gov or you may submit a request for personal records to the CBP/Freedom of Information Act (FOIA) Division, in accordance with federal privacy laws. For additional information about filing a FOIA request with CBP; http://www.cbp.gov/site-policy-notices/foia.

If you believe your current application denial/revocation is the result of a prior firearm purchase denial(s) please visit the FBI website for additional information: (https://www.fbi.gov/services/cjis/nics/national-instant-criminal-background-check-system-nics-appeals-vaf).

You may submit a challenge (and/or apply to the Voluntary Appeal File) request through the FBI website. Once your issue has been resolved, you can then submit a reconsideration request along with supporting document(s) to the CBP Ombudsman for final determination of your eligibility to the Trusted Traveler Programs.

Applicants who have been denied or revoked and contact the enrollment center requesting further information should speak with the designated officer or CBP supervisor and be provided with as much information as can be properly provided based on security policies, third agency considerations and any other policy and legal constraints.
Enrollment Center contact information can be found through the following links:
FAST
Global Entry
NEXUS
SENTRI

CBP is committed to the fair, impartial and respectful treatment of all members of the trade and traveling public, and has memorialized its commitment to nondiscrimination in existing policies, including the February 2014 CBP Policy on Nondiscrimination in Law Enforcement Activities and all other Administered Programs.

Sincerely,

Supervisor, Global Entry Enrollment Center
U.S. Customs and Border Protection